UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                         Case No. 07-cr-239-PB

**Janet Smith**


**O R D E R**


The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time to allow defendant to receive mental health and drug rehabilitation services in advance of trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 17, 2007 final pretrial conference is continued to April 22, 2008 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 17, 2007

cc: Michael Iacopino, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal