**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                            Criminal No. 07-cr-239-1-PB

<u>Janet L. Smith</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  The violation of bail is not contested.  Given the severity of her heroin addiction when arrested and her use of Suboxone within two weeks of round-the-clock residential treatment, I find that the defendant is unlikely to abide by any condition or combination of conditions and that she is a danger to herself.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

*/s/ James R. Muirhead*
James R. Muirhead
United States Magistrate Judge

Date: May 15, 2008

cc:    Michael J. Iacopino, Esq.
       Helen W. Fitzgibbon, Esq.
       U.S. Marshal
       U.S. Probation