**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                                        Case No. 07-cr-239-PB

<u>**Janet Smith**</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the trial scheduled for July 8, 2008, citing the need for additional time to allow defendant to undergo a psychiatric evaluation prior to trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 23, 2008 final pretrial conference is continued to August 26, 2008 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 11, 2008

cc:  Michael Iacopino, Esq.
     Helen Fitzbiggon, AUSA
     United States Probation
     United States Marshal