```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 07-cr-239-PB

**Janet Smith**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for September 2, 2008, citing the need for additional time to allow defendant to complete a psychiatric evaluation which is currently scheduled for September 2, 2008. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to October 7, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 26, 2008 final pretrial conference is continued to September 29, 2008 at 2:30 p.m.

No further continuances absent extraordinary circumstances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 21, 2008

cc: Michael Iacopino, Esq.
 Helen Fitzbiggon, AUSA
 United States Probation
 United States Marshal